DALE R. SAN MARCO et al., Appellants, v VILLAGE/TOWN OF MOUNT KISCO, Respondent.

Submitted January 24, 2011; decided February 24, 2011

Motion for reargument denied [*see* 16 NY3d 111 (2010)].

STATE OF NEW YORK, Respondent, v C.J. BURTH SERVICES, INC., et al., Appellants.

Submitted January 10, 2011; decided February 24, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.